IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMERICAN COLLEGE OF EMERGENCY PHYSICIANS, INDIVIDUALLY AND ON BEHALF OF ITS MEMBERS, and THE MEDICAL ASSOCIATION OF GEORGIA,<br><br>Plaintiffs,<br><br>vs.<br><br>BLUE CROSS BLUE SHIELD OF GEORGIA, INC., BLUE CROSS BLUE SHIELD HEALTHCARE PLAN OF GEORGIA, INC., and ANTHEM INSURANCE COMPANIES, INC.,<br><br>Defendants. | Civil Action No. 1:18-CV-03414<br><br>The Honorable Michael L. Brown |

**DEFENDANTS' MOTION TO DISMISS**

In accordance with the Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), and for the reasons set forth in their Brief in Support filed contemporaneously herewith, Defendants Blue Cross Blue Shield of Georgia, Inc. ("BCBSGA"), Blue Cross Blue Shield Healthcare Plan of Georgia, Inc. ("BCBSHP," and together with BCBSGA, "BCBS Georgia"), and the Anthem Insurance Companies, Inc. (collectively with BCBS Georgia, "Defendants"), move to dismiss the Complaint for Legal Damages, Demand for Trial by Jury, and

Demand for Equitable, Declaratory and Injunctive Relief ("Complaint") filed by American College of Emergency Physicians, individually and on behalf of its members ("ACEP") and the Medical Association of Georgia ("MAG," and collectively with ACEP, "Plaintiffs") for lack of standing and failure to state a claim upon which relief can be granted.

Respectfully submitted this 7th day of September, 2018.

/s/ James L. Hollis
James L. Hollis
Georgia Bar No. 930998
**BALCH & BINGHAM, LLP**
30 Ivan Allen Jr. Blvd. N.W., Suite 700
Atlanta, Georgia 30308
Telephone: (404) 261-6020
Facsimile: (404) 261-3656
E-mail: jhollis@balch.com

Kenneth Smersfelt (*Pro Hac Vice forthcoming*)
**REED SMITH LLP**
355 South Grand Avenue, Suite 2800
Los Angeles, California 90071
Telephone: (213) 457-8001
Facsimile: (213) 457-8080
E-Mail: ksmersfelt@reedsmith.com

Martin Bishop (*Pro Hac Vice forthcoming*)
Thomas C. Hardy (*Pro Hac Vice forthcoming*)
**REED SMITH LLP**
10 South Wacker Drive, 40th Floor
Chicago, Illinois 60606
Telephone: (312) 207-1000
Facsimile: (312) 207-6400
E-Mail: mbishop@reedsmith.com
E-Mail: thardy@reedsmith.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 7th day of September, 2018 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the following attorney of record:

>Howard W. Reese, III, Esq.
>Brittany H. Cone, Esq.
>**HALL BOOTH SMITH, P.C.**
>191 Peachtree Street, N.E., Suite 2900
>Atlanta, Georgia 30303-1775
>treese@hallboothsmith.com
>bcone@hallboothsmith.com

>/s/ James L. Hollis
>James L. Hollis